# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIAVANNA RHEA LIPPUCCI,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No.: 19cv705-LL<br><br>**TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the case of <u>Lippucci v. Berryhill</u>, 19cv705-LL, be transferred from the calendar of Magistrate Judge Linda Lopez to the calendar of Magistrate Judge Robert N. Block for all further proceedings. As a result of this transfer, Plaintiff's previous consent to have Magistrate Judge Lopez conduct all proceedings in this case pursuant to 28 U.S.C. § 636(c) and General Order 707 is deemed **VACATED**.

If Plaintiff consents to have Magistrate Judge Block conduct all proceedings in this case, Plaintiff will need to complete and return to the Clerk's Office in paper format a new consent/declination form within **21 days** of this Order. A blank consent/declination form is provided for this purpose. Any withdrawal of consent by the United States must be filed no later than the same date.

In accordance with General Order 707, if plaintiff timely consents, and if the United

States does not timely withdraw consent, the case will be deemed assigned to Magistrate Judge Block for all pruposes without the necessity of an order of referral. If Plaintiff does not timely consent, or if the United States timely withdraws its consent, the Clerk of Court will reassign the case to a United States District Judge. The reassigned case will be referred, pursuant to 28 U.S.C. § 636(b)(1)(B), without further order, to Magistrate Judge Block to conduct preliminary proceedings, including all pretrial, non-dispositive matters, and to issue a Report and Recommendation to the assigned District Judge, unless the District Judge directs otherwise.

**IT IS SO ORDERED**.

Dated: January 29, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge

# UNITED STATES DISTRICT COURT

for the Southern District of California

| | |
|---|---|
| Giavanna Rhea Lippucci )<br>*Plaintiff* )<br>v. )<br>Nancy A. Berryhill , Acting Commissioner of )<br>Social Security )<br>*Defendant* | Civil Case No. 19cv705-LL |

# CONSENT / DECLINATION FORM

Pursuant to General Order 707, the United States has informed the Court of its general consent to Magistrate Judge jurisdiction in cases of this nature.

Plaintiff must complete the *consent/declination* portion of this form below. The executed form must be received by the Clerk of Court* within **21 days** of the date of this notice.

***Consent to a magistrate judge's authority.*** The following parties consent to have United States Magistrate Judge Robert N. Block conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of plaintiffs and attorneys* | *Signature of plaintiffs and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

***Declination.*** The following parties decline to have United States Magistrate Judge Robert N. Block conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of plaintiffs and attorneys* | *Signature of plaintiffs and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

\* *Please Note: Completed consent/declination forms shall be submitted to the Clerk's Office in paper format.*